UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NORTH COLLIN SPECIAL UTILITY DISTRICT, a political subdivision of the State of Texas | § § § § | |
| *Plaintiff,* | § § | Civil Action No.: 4:23-cv-00002-ALM-BD *consolidated with:* |
| MERITAGE HOMES OF TEXAS, LLC | § § | Civil Action No.: 4:25-cv-00052-ALM-BD |
| *Intervenor,* | § § | |
| vs. | § § | Jury Trial Demanded |
| CITY OF PRINCETON, TEXAS | § § | |
| *Defendant.* | § | |

**PLAINTIFF NORTH COLLIN SPECIAL UTILITY DISTRICT'S
RULE 5.1 NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE**

Plaintiff North Collin Special Utility District (Plaintiff or North Collin) files this Notice of Constitutional Challenge of Statute with the Court in accordance with the Signed Order dated June 30, 2025 (Dkt. 59) and pursuant to Rule 5.1 of the Federal Rules of Civil Procedure (Rule 5.1). In support thereof, Plaintiff shows as follows:

1. On January 3, 2023, North Collin filed its Original Complaint (Dkt. 1) against Defendant City of Princeton (Princeton).

2. On April 9, 2025, North Collin filed its First Amended Complaint (Dkt No. 51) against Princeton and Intervenor Meritage Homes of Texas, LLC. Attached hereto as **Attachment 1**.

3. In the First Amended Complaint, North Collin seeks declaratory relief that Texas Water Code § 13.2541 is preempted and unconstitutional, that any order from the Public Utility

Commission of Texas purporting to decertify North Collin's federally protected territory is void ab initio, and that any such order is prospectively unenforceable. Dkt. 51 at ¶ 46.

4. On August 15, 2025, North Collin served this Notice, with a copy of the First Amended Complaint, via certified mail to Attorney General Ken Paxton at the Office of the Attorney General of Texas, located at PO Box 12548, Austin, Texas 78711 and 300 W. 15th Street, Austin, Texas 78701. A copy has also been sent to const_claims@texasattorneygeneral.gov, the e-mail account designated by the Attorney General for receipt of challenges to the constitutionality of Texas statutes per Tex. Gov't Code 402.010(a). [1] Attached as **Attachment 2** is the form specified by Tex. Gov't Code § 402.010(a-1).

5. On the same day, North Collin also provided a courtesy copy of the Notice and the First Amended Complaint to John Hulme,[2] Assistant Attorney General at the Office of the Attorney General of Texas via designated electronic address at John.Hulme@oag.texas.gov.

Respectfully submitted,

**ALLENSWORTH AND PORTER, L.L.P.**
303 Colorado Street, Suite 2800
Austin, Texas 78701
(512) 708-1250 (phone)
(512) 708-0519 (fax)

*/s/ Will W. Allensworth*
Will W. Allensworth, SBN 24073843

---

[1] Although § 402.010 "is only advisory in federal court" it is "well-intentioned." *Hogan v. S. Methodist Univ.*, 595 F. Supp. 3d 559, 568 (N.D. Tex. 2022).

[2] Mr. Hulme is Lead Counsel on behalf of the PUCT Defendants in *North Collin Special Util. Dist. v. Peter Lake et al.*, Civil Action No.: 1-21-cv-807 filed on September 13, 2021 (WDTX Case). In the WDTX case, North Collin initially raised the challenge to Tex. Water Code § 13.2541 in its Original Complaint.

wallensworth@allensworthlaw.com
Karly A. Houchin, SBN  24096601
khouchin@allensworthlaw.com
Jordan T. Rhodes, SBN 24126750
jrhodes@allensworthlaw.com

**DOYLE HARRIS DAVIS & HAUGHEY**
Steven M. Harris, OBA #3913
steve.harris@1926blaw.com
Michael D. Davis, OBA #11282
mike.davis@1926blaw.com
Max Harris, OBA #22166
2419 East Skelly Drive
Tulsa, Oklahoma 74105
(918) 592-1276 (phone)

**THE LAW OFFICE OF JAMES W. WILSON**
Maria Huynh, SBN 24086968
mhuynh@jww-law.com
103 W. Main Street
Allen, Texas 75013
(972) 727-9904
(972) 755-0904 (fax)

***ATTORNEYS FOR PLAINTIFF, NORTH COLLIN SPECIAL UTILITY DISTRICT***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of August 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

              */s/ Will W. Allensworth*
              Will W. Allensworth