# Challenge to Constitutionality of a State Statute

[Print]

This form must be completed by a party filing a petition, motion or other pleading **challenging the constitutionality of a state statute**. The completed form must be filed with the court in which the cause is pending as required by Section 402.010 (a-1), Texas Government Code.

**Cause Number** (If Known): 4:23-cv-00002-ALM-BD   **Court** (If Known): U.S. District Court, Eastern District of Texas - Sherman Division

**Styled:** North Collin Special Utility District v. City of Princeton, Texas
(e.g., John Smith v. All American Insurance Co.; in re Mary Ann Jones; In the Matter of the Estate of George Jackson)

**Contact information for party* challenging the constitutionality of a state statute.** (*If party is not a person, provide contact information for party, party's representative or attorney.)

| | |
|---|---|
| Name: Will W. Allensworth | Telephone: (512) 708-1250 |
| Address: 303 Colorado Street, Suite 2800 | Fax: |
| City/State/Zip: Austin, Texas 78702 | State Bar No. (if applicable): 24073843 |
| Email: wallensworth@allensworthlaw.com | |

Person completing this form is:  ☑ Attorney for Party   ☐ Unrepresented Party   ☐ Other:

**Identify the type of pleading you have filed challenging the constitutionality of a state statute.**

☐ Petition   ☐ Answer   ☐ Motion (Specify type):
☑ Other: Plaintiff North Collin Special Utility District's First Amended Complaint

**Is the Attorney General of the State of Texas a party to or counsel in this cause?**

☐ Yes   ☑ No

**List the state statute(s) being challenged in your pleading and provide a summary of the basis for your challenge.** (Additional pages may be attached if necessary.)

Plaintiff North Collin Special Utility District filed its First Amended Complaint on April 29, 2025 in the above-referenced matter, against Defendant City of Princeton and Intervenor Meritage Homes of Texas, LLC, challenging Texas Water Code §13.2541.

In Plaintiff's First Amended Complaint, North Collin seeks declaratory relief that Texas Water Code §13.2541 is preempted and unconstitutional, that any order from the Public Utility Commission of Texas purporting to decertify North Collin's federally protected territory is void ab initio, and that any such order is prospectively unenforceable. See Plaintiff's First Amended Complaint (Dkt. 51 at ¶ 46).

9/5/13