IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **NORTH COLLIN SPECIAL UTILITY DISTRICT**, *a political subdivision of the State of Texas* | § § § § | |
| v. | § § | **NO. 4:23-CV-00002-ALM-BD** *consolidated with:* |
| **MERITAGE HOMES OF TEXAS, LLC** | § § | **NO. 4:25-CV-00052-ALM-BD** |
| v. | § § | |
| **CITY OF PRINCETON, TEXAS** | § | |

**ORDER**

Plaintiff North Collin Special Utility District sued defendant City of Princeton, Texas, seeking injunctive relief from Texas statutes and a declaration that the statues are preempted. Dkt. 65 at 17, 20, 21, 24 (operative complaint). North Collin served the Texas Attorney General with notice of the constitutional question in accordance with Federal Rule of Civil Procedure 5.1(b).

It is **ORDERED** that the clerk of court certify the constitutional question presented in this case to the Texas Attorney General in accordance with Rule 5.1(b) by emailing a copy of this order and the operative complaint, Dkt. 65, to const_claims@texasattorneygeneral.gov, the email address designated by the Attorney General of Texas for receipt of challenges to the constitutionality of Texas statutes per Texas Government Code § 402.010(a). *See* https://www.txcourts.gov/rules-forms/challenging-the-constitutionality-of-a-state-statute/.

So **ORDERED** and **SIGNED** this 26th day of August, 2025.

_____
Bill Davis
United States Magistrate Judge